IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-00452-RJC
(3:11-cr-00309-RJC-1)

| | |
|---|---|
| BRYAN COATS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |
| | ) |

**THIS MATTER** is before the Court on consideration of Respondent's motion to dismiss Petitioner's pro se Motion to Vacate on the grounds that it is untimely filed under the provisions of 28 U.S.C. § 2255(f).

Recognizing that Petitioner is proceeding pro se, the Court provides this notice that he may file a response to Respondent's motion to dismiss within 14-days from entry of this Order, and if he concedes that his motion is untimely under the provisions of § 2255(f), then he may argue why he should be entitled to an equitable tolling of the statute of limitations.

**IT IS, THEREFORE, ORDERED** that Petitioner shall have 14-days from entry of this Order to file a response to Respondent's motion to dismiss. (Doc. No. 3).

**SO ORDERED**.

Signed: October 13, 2016

Robert J. Conrad, Jr.
United States District Judge